**\*\* E-filed September 20, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA ENDSLEY, | No. C11-04455 HRL |
| Plaintiff, | **ORDER REFERRING CASE TO JUDGE ARMSTRONG FOR RELATED CASE DETERMINATION** |
| v. | |
| CHASE HOME FINANCE, LLC, a Delaware Limited Liability Company, and DOES 1-50, inclusive, | **[Re: Docket No. 5]** |
| Defendants. | |

The instant action is hereby referred to the judge presiding in Adlao v. JPMorgan Chase & Co, et al., No. C10-04508 SBA, for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: September 20, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04455** **Notice will be electronically mailed to:**

| | |
|---|---|
| Gerald A. Emanuel | Jemanuel@hinklelaw.com |
| Carrie Anne Gonell | cgonell@morganlewis.com |
| Jennifer Ann Lockhart | jlockhart@morganlewis.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**